**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MELVIN CROSBY-BEY | ) | |
| a.k.a. ANTHONY CROSBY-BEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.  11-0627 (RLW) |
| | ) | |
| | ) | |
| UNITED STATES PAROLE | ) | |
| COMMISSION *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

### MEMORANDUM

By Order of July 26, 2011, Petitioner was directed to respond to Respondents' motion to dismiss this habeas corpus action by August 24, 2011.  He was advised that the failure to respond could result in the granting of the motion as conceded.  Petitioner has neither filed a response nor sought additional time to do so.  Therefore, the Court will grant Respondents' motion as conceded and dismiss the case.  A separate Order accompanies this Memorandum.

_____/s/_____
ROBERT L. WILKINS
United States District Judge

Date:  September 2, 2011